Case 8:15-cr-00084-TDC   Document 31-1   Filed 07/09/15   Page 1 of 4



FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 0 9 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## ATTACHMENT A
### Statement of Facts

The United States and Defendant Charlie Steve Guardado stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.

At all relevant times to this case, **CHARLIE STEVE GUARDADO ("GUARDADO")** was a resident of Silver Spring, Maryland.

On August 18, 2014, using the screen name "Ironfist99," **GUARDADO** engaged in sexually explicit communications with a 14-year-old female ("Victim 1") via an internet-based chat application on his cell phone. **GUARDADO** also sent Victim 1 obscene matter, namely a picture of his erect penis, during the course of the chats. By using the chat application on his cell phone to communicate with Victim 1 who was located in Texas, **GUARDADO** used a means or facility of interstate commerce.

The following are excerpts from some of the chats between **GUARDADO** and Victim 1:

August 18, 2014: 11:29:12 – 11:33:15
Ironfist99: Where ya from?
Victim 1: Tx you
Ironfist99: Maryland.
Ironfist99: I was gonna say you look Hispanic:)
Victim 1: I am (:
Ironfist99: Cool me too. How old are you?
Victim 1: 14 bout to be 15 in November (: how old r u?
Ironfist99: Oh wow. I am 27. Is that ok?
Victim 1: To be friends yeah anything else would be illegal lol (:

August 18, 2014: 11:50:36 – 11:59:33
Ironfist99: Well, i like muscle cars. Rock music. I am not a virgin. I am a nice guy. I like working out. I may be open minded...dont take offense...i am sexual. Also, i am all ps4 and ps3
Victim 1: Lol kool what do you wanna know from me?(:
Ironfist99: Um. Are you a virgin? If we date would we be able to webchat? Do you like older guys?
Victim 1: I am a virgin, if we date we could talk on hear or text, and yeah I do like older guy's but it depends on how much older
Ironfist99: Alright...sounds good. Well, do you masterbate? And well, we can swap pics here...and of course keep us a secret lol
Ironfist99: If we date
Victim 1: Lol no I don't masterbate...and yeah we would have no choice but to keep us a secret (:
Ironfist 99: Oh ok would you be willing to try it with me eventually? And well yeah of course.

9

CSG

Vicitm 1: Um idk.
Ironfist99: Well ill be easy and help...do you wanna see a pic of me? Can ibsee one of you too.
(Victim 1 then sends a picture of her face and Guardado responds with a picture of himself in an undershirt and underwear with the outline of his penis visible.)

August 18, 2014:  13:00:17 – 13:58:28
Ironfist99: Do you have a full body pic?
(Victim 1 sends a picture of herself wearing a dress)
Victim 1: That's the closest thing I got
Ironfist99: Wow your a hottie. You can take live pics with your camera? And wow...i think i might hurt ubif we had sex. Your tiny:)
Victim 1: Lol  wowXD
Ironfist99: Ill show you in a bit...when i am off. Would you let me do anal?
Ironfist99: I am pretty thi[ck]
Victim 1: Lol okXD
Ironfist99: Can we masterbate when i am off? Plz
Victim 1: No /.\
Vicitm 1: Hay were do you work?
Ironfist99: Why? Lol
Victim 1: Lol jw (:
Ironfist99: I just do security
Ironfist99: Nothing special
Victim 1: Lol ok(:
Ironfist99: Truth or d are?
Victim 1: Lol oh god...truth/.\
Ironfist99: Have you ever thought about having sex?
Victim 1: Lol well yeah everyone's thought about it cx
Ironfist99: Lol, but have you had the urge to do it.
Victim 1: Haha yeah XD
Ironfist99: Heheh. Nice.
Ironfist99: Would you with me?
Victim 1: Lol yeah
Ironfist99: Nice. U know ill do you very hard
Ironfist99: Til u scream
Victim 1: Haha sound's good to me
Ironfist99: You ever touch a cock up close?
Victim 1: Lol no...not intentionally
Ironfist99: Hehhe. You take live pics right?
Victim 1: Yeah
Ironfist99: Can u take one of yourself in tight shorts?
Ironfist99: Ill send one as soon as i am off
Victim 1: I don't have tight shorts I grew up around only guys and they would kill me if I had some
Ironfist99: Lol..,how about just regular panties.
Ironfist99: And they are just panties nothing bad

10

Victim 1: Lol how about a dress or some pants bc honestly I don't like taking pics like that /:
Ironfist99: Well please just one pantie pic…i mean ill send you more…i ll delete it after…it just for me only
Victim 1: But it just won't feel right you know?/.\
Ironfist99: Lol well thats because your havent done it..just relax…ill make it up. I promise…you may be my new gf:)

August 18, 2014: 14:07:36 – 16:01:27
Ironfist99: Lucky you. Ahem dont change the subject. Where my pic?|angel|
Victim 1: Lol I didn't take it yet it weird/. \
Ironfist99: Lol no its not cutie.
Ironfist99: Just do it and send.it
Victim 1: Idk/.\
Ironfist99: Your just making it harder lol. Just send it cutie.
Ironfist99: Then we can move on
Victim 1: /.\
Ironfist99: Almist home
Ironfist99: Ready to swap?
Victim 1: No/.\
Ironfist99: Oh ok
Victim 1: /.\
Victim 1: Look I like you but I don't take those kinda pics plus I just met you literally 3hours ago that's a bit fast don't you think/:
Ironfist99: Well, i dont plan on not talking to you…i am just different…and sorry…i don't look at the time. I like you too.
Ironfist99: I know we can hit it off
Victim 1: Kool and it's whatever just I don't do that you know
Ironfist99: Sorry well there always a first for everything
Victim 1: Ik but I just don't think I should
Ironfist99: Hmmm you just being scared. I dare you.
Victim 1: Lol dude… no
Ironfist99: Ol
Ironfist99: Going home
Victim 1: Ok
Ironfist99: If u still wanna talk
Victim 1: Yeah but not about that ok
Ironfist99: Well, i am gonna masterbate
Victim 1: Lol ok cx
Ironfist99: Do you wanna watch?
Victim 1: Um idc
Ironfist99: Alright
Ironfist99: Do u get wet?
Victim 1: ?
Ironfist99: Does your pussy get wet? I need a pic of you to get super thick
Victim 1: No
(Ironfist99 sends a picture of his erect penis bulging under his underwear)

11

Ironfist99: A tease
Victim 1: Wow
Ironfist99: What u think?
Victim 1: Its fucking big
Ironfist99: Hehe yeah you would scream
Victim 1: Haha I think I would ☺
Ironfist99: Let me pull it out
(Ironfist99 sends a picture of his exposed erect penis to Victim 1)
Victim 1: Wow
Ironfist99: Wanna fuck me now?
Victim 1: Lol that shit would hurt a lot cx
Ironfist99: Hehe ill be nice and slow…how about your asshole?
Victim 1: What about it?
Ironfist99: Wouldvu let me fuck your asshole?
Victim 1: Lol sure
Ironfist99: Can i see a live pic of u in tight leggings?
Victim 1: How about what I'm wearing?
Ironfist99: Sure and front and back
Victim 1: Lol why?
Ironfist99: Cuz your se x y
Ironfist99: I wanna see your body
Victim 1: Lol ok
Ironfist99: I am waiting
Victim 1: Lol oh…sorryXD
Victim 1: Sorry my camera is being stupid

A review of **GUARDADO**'s account for the chat application that he used to chat with Victim 1 revealed that **GUARDADO** engaged in chats of with approximately 20 other individuals who identified themselves as minor females. In some of those chats, **GUARDADO** engaged in sexually explicit communications, sent pictures of his penis, and solicited pictures of the minor females.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

6-17-15
Date

Charlie Steve Guardado

I am Charlie Steve Guardado's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

6/17/15
Date

Richard Finci, Esq.

12

CSG